Wednesday,
December 11.

HARRISON v. THE STATE.

APPEAL from the *Vanderburg* Common Pleas.

*Per Curiam.*—This was a prosecution for larceny. Trial, and conviction. There was no other basis for the proceeding than the information filed by the district attorney. That does not show the steps by which the Court obtained jurisdiction; whether the defendant was in custody or not. The motion in arrest should have been sustained. *Justice* v. *The State*, *ante*, p. 56.

The judgment is reversed, with directions to the clerk to notify the keeper of the state prison thereof.

*A. L. Robinson*, for the appellant.

*James G. Jones*, Attorney General, for the State.